IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THEODORE ROWE,

      Petitioner,                  No. CIV S-09-3144 EFB P

    vs.

HERANDEZ, Warden,

      Respondent.               <u>ORDER</u>

_____/

      Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. Petitioner seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(a).

      Petitioner challenges a conviction in the Kern County Superior Court and so this action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court will not rule on petitioner's application leave for to proceed *in forma pauperis*.

      Accordingly, it is hereby ordered that:

      1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

      2. The Clerk of Court shall assign a new case number.

////

////

////

1

1    3.  All future filings shall bear the new case number and shall be filed at:

        United States District Court
        Eastern District of California
        2500 Tulare Street
        Fresno, CA 93721

DATED: November 23, 2009.

        EDMUND F. BRENNAN
        UNITED STATES MAGISTRATE JUDGE